NO. 29191

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

ROBERT JAMES BEHRENDT, aka RUNNING BEAR,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0061K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Defendant-Appellant's application for writ of certiorari, filed on February 22, 2010, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, March 29, 2010.

FOR THE COURT:

Associate Justice

Ronette M. Kawakami,
Deputy Public Defender,
for petitioner/defendant-
appellant on the application

Linda L. Walton,
Deputy Prosecuting Attorney,
County of Hawai‘i, for
respondent/plaintiff-
appellee on the response

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.